# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CW 04-1341
### consolidated with 04-1277

**CHRISTOPHER HANDY, through his legally qualified tutrix, BARBARA HANDY and JONATHAN GAY, Individually**

**VERSUS**

**UNION PACIFIC RAILROAD COMPANY and RODNEY J. STUTES, JR.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 02-1045
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

## MICHAEL G. SULLIVAN
## JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and J. David Painter, Judges.

**WRIT DENIED; SUMMARY JUDGMENT AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.**

Marcus A. Allen, Sr.
Attorney at Law
300 Garfield Street
Lafayette, Louisiana 70501
(337) 289-1762
Counsel for Plaintiffs/Appellants:
  Christopher Handy
  Barbara Handy
  Jonathan Gay

**Elena Arcos**
**Davidson, Meaux, Sonnier & McElligott**
**Post Office Box 2908**
**Lafayette, Louisiana  70502-2908**
**(337) 237-1660**
**Counsel for Defendants/Appellees:**
  **Union Pacific Railroad Company**
  **Rodney J. Stutes, Jr.**

SULLIVAN, Judge.

For the reasons assigned in *Christopher Handy, et al. v. Union Pacific Railroad Company*, 04-1277 (La.App. 3 Cir. __/__/05), ___ So.2d ___, Plaintiffs' writ application on the issue of improper service is denied. The summary judgment granted by the trial court is affirmed only as to the issue of federal preemption of state law excessive speed claims, and is reversed as to all other issues. The case is remanded for further proceedings consistent with this opinion.

**WRIT DENIED; SUMMARY JUDGMENT AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.**